# *United States District Court*

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

CLINTON GEORGE McLENNON

**CASE NUMBER:** 00 - 4102 -

SNOW

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __CLINTON GEORGE McLENNON__

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to commit offenses against the United States, and with knowingly possessing and transferring false identification documents;

in violation of Title __18__ United States Code, Section(s) __371 and 1028__

LURANA S. SNOW
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Amy Jordan
Signature of Issuing Officer

Date
Fort Lauderdale, Florida
Date and Location

Lurana S. Snow

Bail fixed at $ __Pretrial Detention requested__

by __UNITED STATES MAGISTRATE JUDGE__
LURANA S. SNOW
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |