UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal #: 55322-004

UNITED STATES OF AMERICA )
                Plaintiff )   Case Number: CR 00-4122 C2 - SNOW
                          )   REPORT COMMENCING CRIMINAL
        -vs-              )           ACTION
                          )
CLINTON G. McCLENNON      )
                Defendant

FILED by D.C.
MAY 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: Clerk's Office     MIAMI  (FT. LAUDERDALE)   W. PALM BEACH
     U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 5-26-00       am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: CONS - FALSE IDENTIFICATION POSSION

(4) U.S. Citizen  [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 12-13-63

(6) Type of Charging Document:
    [ ] Indictment  [X] Complaint
    Case #

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] Yes  [ ] No

Amount of Bond: $
Who set Bond:

(7) Remarks:

(8) Date:                      (9) Arresting Officer:

(10) Agency:                   (11) Phone:

(12) Comments: