COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: CLINTON GEORGE McLENNON (INS) CASE NO: 00-4122-SNOW
AUSA: ROBERT NICHOLSON _pres_   ATTY: Farnsworth
AGENT: _Complaint_   VIOL:
PROCEEDING I/A ON ~~INDICTMENT~~   RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no   COUNSEL APPOINTED FPD

_____ BOND SET @

_____ SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS _____ x's a wk/month by phone; _____ x's a wk/month in person
3) Travel extended to:

Advised of charges - sworn for
apptmt of counsel

NEXT COURT APPEARANCE: INQUIRY RE COUNSEL:
                       (PTD) BOND HRG: June 1   10:30 LSS
                       PRELIM/ARRAIGN: June 5   11:05S
                       REMOVAL HRG:
                       STATUS CONF:

Date: 5-26-00   Time 11:00   FTL/LSS TAPE #00- 027 Begin: 498 End: 729

FILED by D.C.
MAY 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.