AO 442 (Rev. 12/85) Warrant for Arrest        AUSA NICHOLSON S/A BELDEN INS    478629

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

v.

CLINTON GEORGE McLENNON

**WARRANT FOR ARREST**

CASE NUMBER: OO-4122
SNOW

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __CLINTON GEORGE McLENNON__
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to commit offenses against the United States, and with knowingly possessing and transferring false identification documents;

in violation of Title __18__ United States Code, Section(s) __371 and 1028__

LURANA S. SNOW                              UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                     Title of Issuing Officer

_(signature)_                               Date
Signature of Issuing Officer                Fort Lauderdale, Florida
                                            Date and Location

Bail fixed at $ _pretrial detention_        LURANA S. SNOW
               _requested_                  by UNITED STATES MAGISTRATE JUDGE
                                            Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _____

Ft Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/25/2000 | | |
| DATE OF ARREST | James A. Tassone, USM | Fred DePompa, SDUSM |
| 5/26/2000 | FOR: INS | |