COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: CLINTON GEORGE McLENNON (J)    CASE NO: 00-4122-SNOW
AUSA: ROBERT NICHOLSON  pres    ATTY: FPD Daryl Wilcox
AGENT: _____    VIOL: _____
PROCEEDING PTD HEARING    RECOMMENDED BOND PTD / 25,000 CSB
BOND HEARING HELD - yes/(no)    COUNSEL APPOINTED _____
    BOND SET @ 25,000 CSB

SPECIAL CONDITIONS:
1) To be cosigned by: _____
2) Rpt to PTS / (x's) a wk/month by phone; / x's a wk/month in person
3) Travel restricted to: SD/FL
4) surrender passport

FILED by ___ D.C.
JUN -1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: _____
    PTD/BOND HRG: _____
    PRELIM/ARRAIGN: 6-5   12   BSS
    REMOVAL HRG: _____
    STATUS CONF: _____

Date: 6-1-00    Time 10:30    FTL/LSS TAPE #00- 027   Begin: 2539   End: _____