| | | | |
|---|---|---|---|
| DEFT: | Clinton George McLennon (J)# | CASE NO: | 00-6153 CR-Ferguson ~~00-4122-LSS~~ |
| AUSA: | Bob Nicholson /Stefen/ | ATTNY: | FPD present Caldwell for Wilcox |
| AGENT: | | VIOL: | |
| PROCEEDING: | ~~Prelim~~/Arraignment | BOND REC: | |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

FILED by ___ D.C.
JUN 8 2000
CLARENCE
CLERK U.S. Dist. Ct.
S.D. OF FLA. FT. LAUD.

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ X's a week/month by phone; _____ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ____ Halfway House
    ____ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: 6-23-00   11:00 am   Snow

DATE: 6-8-00   TIME: 11:00am   TAPE # 00-045   PG # 2
3540-3600
Recalled 00-046
100-170