

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6153-CR-Ferguson

UNITED STATES OF AMERICA

vs

Clinton George McLennon

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry :
Seltzer on        6-8-00        , where the Defendant was arraigned and
plea of NOT GUILTY was entered.   Defendant and court-appointed/retain
counsel of record will be noticed for trial by the District Court Jud
assigned to this case.  The following information is current as of this dat

DEFENDANT:                    Address:_____ In Custody _____

_____

_____

                              Telephone:_____

DEFENSE COUNSEL:              Name:_____ FPD _____

                              Address:_____

_____

                              Telephone:_____

BOND SET/CONTINUED:           $_____ Cont'd in custody _____

Bond hearing held:  yes_____  no____  Bond hearing set for_____

Dated this_____8_____day of _____June_____, 20__00.

                              CLARENCE MADDOX
                              COURT ADMINISTRATOR/ CLERK

                              By:_____

                              Deputy Clerk

                              Tape No._____00-045/046_____

cc: Clerk for Judge
    U. S. Attorney