HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __CLINTON G. McLENNON__ CASE NO: __00-6153-CR-FERGUSON__
AUSA __ROBERT NICHOLSON__ / Rosenthal ATTY __FPD__ - Cat Hunt for Wilcox
Junior Farquhason, Esq. for Winsor Steelman Fyfe  plea 00-6153 @ 811
Disc mailed - ready - possible plea.

DEFT __TERRILL MYERS__ CASE NO: __00-6119-CR-ZLOCH__
AUSA __BERTHA MITRANI__ pres ATTY __BRUCE FLEISHER__ pres
Disc out today - gov't ready
M/ for Competency filed. Motions due July 7 @ 870

DEFT __GARY LEE GERHART__ CASE NO: __00-8062-CR-ZLOCH__
AUSA __KERRY BARON__ Rosenthal ATTY __HOWARD SCHUMACHER__
Disc out - set for trial July 31  @ 977
M/due as set forth in SDO

DEFT __RAYMOND CLARKE__ CASE NO: __00-6150-CR-ZLOCH__
AUSA __TERRY THOMPSON__ /Rosenthal ATTY ~~PATRICK HUNT~~ Swarzor
Disc out - gov't ready - no tapes
probable plea - M/due July 10 @ 1005

DEFT __JAMES BLAKE BEESON__ CASE NO: __00-6158-CR-DIMITROULEAS__
AUSA __ED RYAN__ Rosenthal ATTY __BRUCE LYONS__ /Sheitza
Disc out - gov't ready
M/Can't pending - 11 tapes. @ 1047

DEFT ____ CASE NO: ____
AUSA ____ ATTY ____

DATE __6-23-00__ TIME __11:00__