SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6153-CR-WJF

DEFENDANT  Clinton McLennon
JUDGE  WILKIE D. FERGUSON
Deputy Clerk  TROY T. WALKER
DATE  September 22, 2000
Court Reporter  Paul Haferling
USPO  Frank Smith
AUSA  Robert Nicholson
Deft's Counsel  Darryl Wilcox, FPD

COUNTS DISMISSED  All Others
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

FILED by _____ D.C.
SEP 22 2000
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

JUDGMENT AND SENTENCE

Imprisonment    Years    Months    Counts
                         3 & 26 days    one

Supervised Release  2 yrs

Probation    Years    Months    Counts

Comments_____

Assessment $ 100.00               Fine $ None

Restitution /Other _____
CUSTODY
_____ Remanded to the Custody of the U. S. Marshal Service   _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____