

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ADMINISTRATIVE ORDER 2003-46

IN RE:

**REASSIGNMENT OF DISTRICT JUDGE
WILKIE D. FERGUSON, JR.'S CASES**
_____/

Due to Judge Wilkie D. Ferguson, Jr.'s current medical incapacitation, and pursuant to Sections 2.07.00 and 3.03.00 of the Court Policy Manual, it is herein

**ORDERED** that the following civil cases will be transferred to the Honorable Ursula Ungaro-Benages forthwith:

| | |
|---|---|
| 0:01CV7107 | Regent Opticals Inc. v. Aspex Eyewear, Inc. |
| 0:01CV7802 | Wells v. Ritchie |
| 0:02CV60614 | Walker v. Town of Davie |
| 0:02CV60831 | Mozzella v. United States |
| 0:02CV61097 | Green Isle Partners v. Ritz-Carlton Hotel |
| 0:02CV61294 | Barrier Free Access v. Zaden |
| 0:02CV61559 | Joseph v. Dept. of Corrections |
| 0:02CV61618 | Salazar v. Big Lots Stores, Inc. |
| 0:03CV60026 | Alliance for ADA v. Genesis Capital Partners |
| 0:03CV60085 | Glickman v. Sears, Roebuck |
| 0:03CV60273 | Nicholas, et al. v. Conseco Life |
| 0:03CV60445 | Hirschhorn v. Avondale Funding.com |
| 0:03CV60735 | Ryszk v. Ocean Ritz Condo. |
| 0:03CV60814 | Arethusa Maritime v. M/Y Lady Kakthryn |
| 1:97CV1447 | Audi, A.G. v. Bank Audi (U.S.A.) |
| 1:02CV21956 | Velez v. United States |
| 9:02CV80575 | Dreher, et al. v. AAA Abachman |
| 9:02CV80883 | Kayajanian v. Unum Life Insurance |

It is further **ORDERED** that the following criminal cases will be likewise transferred to Judge Ungaro-Benages forthwith:

| | |
|---|---|
| 0:00CR06100 | United States v. Roreric |
| ✓0:00CR06153 | United States v. McLennon, et al. |
| 0:02CR60199 | United States v. Stettner, et al. |
| 0:02CR60200 | United States v. Baxter |
| 0:03CR60086 | United States v. Pomperant |



```
1:96CR00905      United States v. Rodriguez-Zuluaga, et al.
1:97CR00054      United States v. Fainberg, et al.
```

Magistrate Judge Lurana S. Snow shall effect the transfer of those cases that are currently referred to her by certifying that all pending fully briefed motions have been resolved and ordering that the Clerk transfer the cases to Magistrate Judge Stephen T. Brown, who is paired with Judge Ungaro-Benages.  Those cases which are not referred may be administratively transferred to the new Magistrate Judge by the Clerk upon the direction of Magistrate Judge Snow. The Clerk shall promptly execute the transfers to the new Magistrate Judge, and upon doing so shall immediately change the case's magistrate judge designation to Magistrate Judge Brown.

The Clerk's Office is directed to ensure that counsel of record in all transferred cases is noticed of the transfer via the Court's Faxback program.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of May, 2003.

/s/ William J. Zloch
WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE

c.   Judge Ursula Ungaro-Benages
     Magistrate Judge Lurana S. Snow
     Magistrate Judge Stephen T. Brown
     Clarence Maddox, Court Administrator • Clerk of Court
     All Counsel of Record