UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6153-CR-~~FERGUSON~~ U UB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WINSOR FYFE,

    Defendant,

and

I.F.I.C.,

    Corporate Surety,

and

O. VANCHOPE

    Personal Surety.
_____/



FILED by NA D.C.
MAR 09 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER REVOKING SURETY AND ESTREATING APPEARANCE BONDS

THIS MATTER is before the Court on the United States' Motion for revocation and estreature of the corporate surety appearance bond of defendant Winsor Fyfe and I.F.I.C. in the sum of $15,000 and the personal surety appearance bond of defendant Winsor Fyfe and O. Vanchope, in the sum of $20,000, and is amply supported by the records of this Court; therefore, it is

**ORDERED AND ADJUDGED** that the appearance bonds of defendant Winsor Fyfe in the sums of $20,000 Personal Surety Bond and $15,000 Corporate Surety Bond, plus interest, if any, are

hereby revoked and estreated.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Florida, this 8 day of Mar. 2004

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　URSULA UNGARO-BENAGES
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc:

AUSA ROBERT N. NICHOLSON/Victoria Fallick
AUSA Elizabeth Stein
Junior W. Farquharson, Esq. 5546 W. Oakland Park Blvd, Ft. Lauderdale, FL 33313
Winsor Fyfe, 1836 N.W. 9th Avenue, Plantation, Florida
William Sheppard, Agent for I.F.I.C., 220 S.E. 12th St., Ft. Lauderdale, Florida 33316
O. Vanchope, 4970 N.W. 16th Court, Ft. Lauderdale, Florida